| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**KAREN E. BEZNER, ESQ.**<br>567 Park Avenue, Suite 103<br>Scotch Plains, New Jersey 07076<br>(908) 322-8484<br>Attorney for Karen E. Bezner, Trustee<br><br>Karen E. Bezner<br>KB 5770 | Order Filed on November 21, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>DANIEL and AMY CONNELLY, | Case No.: 17-17465<br><br>Judge: Hon. Michael B. Kaplan, U.S.B.J. |

### ORDER MODIFYING CLAIM NO. 1 FILED BY THE BANCORP

    The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: November 21, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Daniel and Amy Connelly
Case No.: 17-17465 (MBK)
Caption of Order: Order Modifying Claim No. 1 Filed By The Bankcorp

---

**ORDERED** that Claim No. 1 filed on August 4, 2017 by The Bankcorp, as a secured claim, in the amount of $2,846,182.69 be and the same is hereby modified and allowed as a general unsecured claim in the amount of $2,745,962.69.