Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−17465−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Daniel R. Connelly
dba Beatituda Holding Company, dba ValueDry, dba Maslabs
65 Grants Alley
Lambertville, NJ 08530

Amy R. Connelly
65 Grants Alley
Lambertville, NJ 08530

Social Security No.:
xxx−xx−2292     xxx−xx−7599

Employer's Tax I.D. No.:
47−2835698

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Michael B. Kaplan on:

DATE:       April 18, 2019
TIME:       10:00 AM
LOCATION:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:        $24,763.68
TOTAL DISBURSEMENTS:   $631.18
BALANCE ON HAND:       $24,132.50

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Karen E. Bezner, Esq., Trustee

COMMISSION OR FEES
$3,226.37

EXPENSES
$59.74

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: March 15, 2019
JAN: gan

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-17465-MBK
Daniel R. Connelly                                                        Chapter 7
Amy R. Connelly
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin             Page 1 of 3              Date Rcvd: Mar 15, 2019
                             Form ID: 192            Total Noticed: 103

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2019.
```
db/jdb         +Daniel R. Connelly,    Amy R. Connelly,    65 Grants Alley,    Lambertville, NJ 08530-1321
516951940      +1SEO.COM,    1414 Radcliffe St,    Bristol, PA 19007-5413
516951941      +A-CTI INC Answer Connect,    PO Box 4000,    Portland, OR 97208-4000
516951947      +APE Companies,    PO Box 671023,    Dallas, TX 75267-1023
516951942      +Alberta Peters,    8316 Herbert Ave,    Merchantville, NJ 08109-3712
516764749      +American Express,    PO Box 360001,    Fort Lauderdale, FL 33336-0001
517039553       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516951944      +American Wick Drain,    PO Box 198790,    Atlanta, GA 30384-8790
516951945      +Andris Law,    PO Box 190,    Landenberg, PA 19350-0190
516951946      +Angie's List,    1030 East Washington St,    Indianapolis, IN 46202-3953
516951948      +Aqua PA,    PO Box 1229,    Newark, NJ 07101-1229
516951956     ++BOYLE BROS FUEL OIL,    40 W MANOA ROAD,    HAVERTOWN PA 19083-3633
               (address filed with court: Boyle Energy,     40 West Manoa Rd,    Havertown, PA 19083)
516951957      +BP Business Solutions,    PO Box 923928,    Norcross, GA 30010-3928
516764754      +Beatituda Holding Company,    367 Beeachwood Dr,    Sellersville, PA 18960-1658
516764751      +Beatituda Holding Company,    367 Beechwood Dr,    Sellersville, PA 18960-1658
516764756      +Benetrends,    1180 Welsh Road, Ste 280,    North Wales, PA 19454-2053
516951951      +Bergey's,    462 Harleysville Pk,    Souderton, PA 18964-2153
516951952      +Best Line Equipment,    2582 Gateway Dr,    State College, PA 16801-3019
516951953      +Better Business Bureau,    PO Box 325,    Corp Acct Dept,    Hershey, PA 17033-0325
516951954      +Better Business Bureau,    1411 K St NW 10th Fl,    Washington, DC 20005-3479
516951958      +Brausa Auto Repair,    494 Franklin St,    Framingham, MA 01702-5826
516764757      +Bruce Zacharias,    15 Jennifer Lane,    Southampton, PA 18966-1156
516951962      +CCP Industries, Inc.,    PO Box 73627,    Cleveland, OH 44193-0002
516764761      +Calder Associates,    106 Apple St, Ste 114,    Eatontown, NJ 07724-2670
516951960      +Capital One Spark,    PO Box 30285,    Salt Lake City, UT 84130-0285
516951963      +Clearchannel Communications,    PO Box 402379,    Atlanta, GA 30384-2379
516951964      +Clipper Advertising,    3708 Hempland Road,    Mountville, PA 17554-1542
516951966      +Daniel Kelly,    4864 W Brigantine Ct,    Wilmington, DE 19808-1825
516951968      +E-Z Gone Radon,    519 Cleveland St,    Allentown, PA 18103-3216
516951971      +EBSCO Industries, Inc.,    1945 The Exchange SE Ste 300,    Atlanta, GA 30339-2040
516951975      +EZ Pass,    7631 Derry Ln,    Harrisburg, PA 17111-5232
516951969      +Earth Connections Inc,    327 Union Ave,    Framingham, MA 01702-6338
516951970      +Eastern Autoparts Warehouse,    PO Box 826845,    Philadelphia, PA 19182-6845
516951972      +Edward J. DiDonato,    Fox Rothschild LLP,    2000 Market Street , 10th Fl,
                 Philadelphia, PA 19103-3291
516951977      +Ferguson,    200 S. Chestnut St,    Lansdale, PA 19446-2557
516764762      +G. James Kesslick,    133 Chinaberry Lane,    Collegeville, PA 19426-2889
516951978      +Gatti Morrison,    801 First Ave,    King of Prussia, PA 19406-1461
516951979      +Godaddy,    14455 N. Hayden Rd, Ste 226,    Scottsdale, AZ 85260-6947
516951981      +Hayes Microbial Consulting LLC,    3005 E Boundary Terrace, Ste F,    Midlothian, VA 23112-4067
516764763      +Hill Wallack, LLP,    PO Box 5226,    Princeton, NJ 08543-5226
516951982      +Home Advisor, Inc.,    14023 Denver West Pkwy,    Golden, CO 80401-3253
516951983      +Home Depot/Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
516951985      +Impact Telecom,    PO Box 981038,    Boston, MA 02298-1038
516951986      +Internet RND,    PO Box 3064,    West Chester, PA 19381-3064
516951988      +Janeway Towing,    PO Box 51,    Conshohocken, PA 19428-0051
516951989      +Jaz Press,    318 W Main St,    Norristown, PA 19401-4612
516951990      +John A. Gagliardi,    Wetzel Gagliardi Fetter & Lavin,    101 E. Evans Street,
                 Walnut Building - Suite A,    West Chester, PA 19380-2600
516951991      +Joseph Boyle,    40 West Manoa Road,    Havertown, PA 19083-3633
516951992      +Keystone Health Plan East,    Lockbox 3092, PO Box 8500,    Philadelphia, PA 19178-0001
516764765      +King Laird,    360 W. Main St,    Collegeville, PA 19426-1942
516951994     #+Korkus Transport LLC,    3258 Fisher Road,    Lansdale, PA 19446-5808
516951995      +Labor Ready,    PO Box 641034,    Pittsburgh, PA 15264-1034
516951997      +Lindsay & Josh Goldberg,    158 Hartford St,    Natick, MA 01760-3128
517350623      +Marina I. Jokic,    740 Highland Ave.,    Malden, MA 02148-1050
516764766      +Mark Connelly,    367 Beechwood Dr,    Sellersville, PA 18960-1658
516951998      +Market Sharp,    505 King St, Ste 124,    La Crosse, WI 54601-4062
516952000      +Michael Burns Architects,    21-2 Bridge St,    Lambertville, NJ 08530-2134
516952002      +Network Solutions,    12808 Gran Bay Parkway,    Jacksonville, FL 32258-4468
516952003      +Norris Sales Co,    1010 Conshohocken Road,    Conshohocken, PA 19428-1002
516952004      +Norristown Brick,    741 Forrest Ave,    Norristown, PA 19403-6009
516952005      +Northeastern Automotive & Light,    Truck,    150 West Church Rd,
                 King of Prussia, PA 19406-3230
516952006      +OB Realty,    494 Franklin St,    Framingham, MA 01702-5826
516952007      +Paragon Business Development,    630 Freedom Business Center Dr,,    Ste 212,
                 King of Prussia, PA 19406-0201
516952009      +Pennsylvania One Call System,    PO Box 641121,    Pittsburgh, PA 15264-1121
516952010      +Phila Occ Health/Worknet,    PO Box 827842,    Philadelphia, PA 19182-7842
516764770      +Pnc Bank,    Attn: Bankruptcy,    249 5th Ave Ste 30,    Pittsburgh, PA 15222-2707
516764771      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
516952011      +Quill Corporation,    PO Box 37600,    Philadelphia, PA 19101-0600
```

```
District/off: 0312-3          User: admin              Page 2 of 3                  Date Rcvd: Mar 15, 2019
                              Form ID: 192             Total Noticed: 103


516952012      +Randstad Corp,    PO Box 7247-6655,     Philadelphia, PA 19170-0001
516952014      +Republic Svcs,    PO Box 9001099,     Louisville, KY 40290-1099
516952015      +Right Networks,    14 Hampshire Dr,     Hudson, NH 03051-4921
516952016      +S&S Cleaning, Inc.,    359 Fox Hollow Dr,     Feasterville Trevose, PA 19053-2469
517132881      +SWIF,    c/o Mary Boyko, Assistant Counsel,     100 Lackawanna Ave, 3rd Floor,
                 Scranton, PA 18503-1945
516952021      +SWIF,    PO Box 5125,    Scranton, PA 18505-0558
516952017      +Salesforce.com,    685 3rd Ave, 7th Fl,     New York, NY 10017-8409
516952019      +Stephanie Blenner,     16 McPhee Road,    Framingham, MA 01701-7833
516952020      +Stop Fire Svc LLC,     PO Box 533,    Eagleville, PA 19408-0533
516952023      +The Hamilton Group, LLC,     3 Wing Dr,    Cedar Knolls, NJ 07927-1010
516952024      +Travelers,    PO Box 660317,    Dallas, TX 75266-0317
516952028      +W&T Construction,    29 Wilmington St,     Attn: Ian Wade,    Brockton, MA 02301-1627
516952029      +Wayne Water Systems,     PO Box 711514,    Cincinnati, OH 45271-1514
516952030      +Zane Benefits,    383 W Vine St #300,     Salt Lake City, UT 84123-4745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 16 2019 01:16:37      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 16 2019 01:16:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516951955      +E-mail/Text: dliberti@boston.bbb.org Mar 16 2019 01:17:19      Better Business Bureau,
                 290 Lynch Blvd, Ste 102,    Marlborough, MA 01752-4705
516951961      +E-mail/Text: shannon.creed@casella.com Mar 16 2019 01:16:29      Casella Waste System, Inc.,
                 PO Box 1372,    Williston, VT 05495-1372
517369432      +E-mail/Text: shannon.creed@casella.com Mar 16 2019 01:16:29      Casella Waste Systems,
                 25 Greens Hill Lane,    Rutland, VT 05701-3854
516951965      +E-mail/Text: documentfiling@lciinc.com Mar 16 2019 01:15:07      Comcast Cable,   PO Box 3001,
                 Southeastern, PA 19398-3001
516951974      +E-mail/Text: bankruptcynotices@eversource.com Mar 16 2019 01:17:29      Eversource,
                 PO Box 660369,    Dallas, TX 75266-0369
516951976      +E-mail/Text: legal@fastenal.com Mar 16 2019 01:16:05      Fastenal Co,   PO Box 978,
                 Winona, MN 55987-0978
516951980      +E-mail/Text: bankruptcy@greenskycredit.com Mar 16 2019 01:15:16      Greensky,
                 1797 Northeast Expressway Ste 100,    Atlanta, GA 30329-2451
516951987      +E-mail/Text: ipfscollectionsreferrals@ipfs.com Mar 16 2019 01:17:19      IPFS Corp,
                 PO Box 32144,    New York, NY 10087-2144
516951993      +E-mail/Text: bncnotices@becket-lee.com Mar 16 2019 01:15:25      Kohls/Capital One,
                 Po Box 3120,    Milwaukee, WI 53201-3120
516951999      +E-mail/Text: bknotices@mbandw.com Mar 16 2019 01:17:09      McCarthy, Burgess & Wolff, Inc.,
                 26000 Cannon Road,    Bedford, OH 44146-1807
516952008      +E-mail/Text: bankruptcygroup@peco-energy.com Mar 16 2019 01:16:03      PECO,
                 2301 Market St, S23-1,    Philadelphia, PA 19103-1380
516952013      +E-mail/Text: Supportservices@receivablesperformance.com Mar 16 2019 01:17:37
                 Receivables Performance,    Management,    PO Box 1548,    Lynnwood, WA 98046-1548
516952018      +E-mail/Text: Bankruptcy@selective.com Mar 16 2019 01:15:58      Selective Insurance Company of,
                 America,    PO Box 371468,    Pittsburgh, PA 15250-7468
516764772      +E-mail/Text: bankruptcynotices@sba.gov Mar 16 2019 01:15:17      Small Business Administration,
                 409 3rd St, SW,    Washington, DC 20416-0002
516952022      +E-mail/Text: tdcourtnotices@gmail.com Mar 16 2019 01:17:09      Terry P. Dershaw,
                 Dershaw Law Offices,    Chapter 7 Trustee for Beatituda,    P.O. Box 556,
                 Warminster, PA 18974-0632
516764773      +E-mail/Text: gcummings@thebancorp.com Mar 16 2019 01:15:14      The Bancorp,
                 409 Silverside Road #105,    Wilmington, DE 19809-1771
516952025      +E-mail/Text: bankruptcy@ups.com Mar 16 2019 01:18:08      UPS,   PO Box 7247-0244,
                 Philadelphia, PA 19170-0001
516952027      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 16 2019 01:14:58
                 Verizon,    PO Box 5029,    Wallingford, CT 06492-7529
516952026      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 16 2019 01:14:57
                 Verizon,    PO Box 15124,    Albany, NY 12212-5124
                                                                                              TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516951943*     +American Express,    PO Box 360001,    Fort Lauderdale, FL 33336-0001
516951949*     +Bank of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516764752*     +Beatituda Holding Company,    367 Beechwood Dr,    Sellersville, PA 18960-1658
516764753*     +Beatituda Holding Company,    367 Beechwood Dr,    Sellersville, PA 18960-1658
516764755*     +Beatituda Holding Company,    367 Beechwood Dr,    Sellersville, PA 18960-1658
516951950*     +Beatituda Holding Company,    367 Beechwood Drive,    Sellersville, PA 18960-1658
516764758*     +Bruce Zacharias,    15 Jennifer Lane,    Southampton, PA 18966-1156
516764759*     +Bruce Zacharias,    15 Jennifer Lane,    Southampton, PA 18966-1156
516764760*     +Bruce Zacharias,    15 Jennifer Lane,    Southampton, PA 18966-1156
516764767*     +Mark Connelly,    367 Beechwood Dr,    Sellersville, PA 18960-1658
516764768*     +Mark Connelly,    367 Beechwood Dr,    Sellersville, PA 18960-1658
516764769*     +Mark Connelly,    367 Beechwood Dr,    Sellersville, PA 18960-1658
516764774*     +The Bancorp,    409 Silverside Road #105,    Wilmington, DE 19809-1771
```

```
District/off: 0312-3           User: admin              Page 3 of 3              Date Rcvd: Mar 15, 2019
                               Form ID: 192             Total Noticed: 103

516764750     ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,     Greensboro, NC 27420-6012
516951959     ##+Canal Plumbing and Heating,     PO Box 313,    North Falmouth, MA 02556-0313
516951967     ##+David Bubenicek,    33070 N. Indian Lane,     Grayslake, IL 60030-2123
516951973     ##+Elite Electric Solutions, LLC,     PO Box 850773,    Braintree, MA 02185-0773
516951984     ##+IC System,    PO Box 64794,    Saint Paul, MN 55164-0794
516764764     ##+J. Matthew Salansky,     19 Shannon Way,    Royersford, PA 19468-3301
516951996     ##+Legacy SEO,    Attn: Brian J. Lawson,     7 Perry Place,    Auburn, MA 01501-2017
516952001     ##+Michael Tetreault,    41 Fernwood Rd,     Southwick, MA 01077-9514
                                                                              TOTALS: 0, * 13, ## 8
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
              Karen E. Bezner     Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner     on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Lee Martin Perlman    on behalf of Joint Debtor Amy R. Connelly ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Lee Martin Perlman    on behalf of Debtor Daniel R. Connelly ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   PNC Mortgage, a Division of PNC Bank, National
               Association rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```