CONNELLY, DANIEL R.
CONNELLY, AMY R.

Order Filed on April 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Debtor(s)

Case No. 17-17465 MBK

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this 18th day of April, 2019 upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $3,226.37 is reasonable compensation for the services in this case by KAREN E. BEZNER, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $59.74 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

**DATED: April 18, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge