CONNELLY, DANIEL R.
CONNELLY, AMY R.

**Order Filed on April 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Debtor(s)

Case No. 17-17465 MBK

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this __18th__ day of __April__, 20__19__ upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $__3,226.37__ is reasonable compensation for the services in this case by KAREN E. BEZNER, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $__59.74__ is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

**DATED: April 18, 2019**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 17-17465-MBK
Daniel R. Connelly                                                            Chapter 7
Amy R. Connelly
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Apr 22, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2019.
db/jdb         +Daniel R. Connelly,   Amy R. Connelly,   65 Grants Alley,   Lambertville, NJ 08530-1321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2019 at the address(es) listed below:
              Karen E. Bezner    Kbez@bellatlantic.net,  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner     on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Lee Martin Perlman    on behalf of Joint Debtor Amy R. Connelly ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Lee Martin Perlman    on behalf of Debtor Daniel R. Connelly ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   PNC Mortgage, a Division of PNC Bank, National
               Association rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6