Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17–17465–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Daniel R. Connelly
dba Beatituda Holding Company, dba
ValueDry, dba Maslabs
65 Grants Alley
Lambertville, NJ 08530

Amy R. Connelly
65 Grants Alley
Lambertville, NJ 08530

Social Security No.:
   xxx–xx–2292                                         xxx–xx–7599

Employer's Tax I.D. No.:
   47–2835698

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Karen E. Bezner is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: October 7, 2019          Kathryn C. Ferguson
                                Judge, United States Bankruptcy Court